THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ALLEN, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant, after trial, of robbery in the first degree, grand larceny in the second degree and assault in the second degree, and sentencing him to serve an indeterminate term of 10 to 20 years plus an additional indeterminate term of 5 to 10 years for being armed, making in all a total indeterminate term of 15 to 30 years, and from said sentence. Judgment modified on the facts by striking therefrom the provision imposing the additional term for being armed. As so modified, judgment affirmed. Appellant had never been previously convicted of a crime and was under 21 years of age when the crime was committed. In view of these facts and the other relevant facts and circumstances, it is our opinion that the sentence was excessive. It cannot be held that the court abused its discretion by not fixing a reformatory term pursuant to section 2185 of the Penal Law (People v. Doran, 2 A D 2d 890). No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Wenzel, Ughetta and Kleinfeld, JJ., concur; Beldock, J., dissents and votes to affirm without modification.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH BALSAMO, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant, after trial, of robbery in the second degree, and sentencing him to an indeterminate term of 15 to 30 years as a third felony offender, and from each and every intermediate order therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ.